USDC KYWD (v 10.5s) 245B (Rev. 6/03) Sheet 2 - Imprisonment

Judgment-Page 3 of 7

DEFENDANT: LAWRENCE, JESSICA
CASE NUMBER: 3:01-CR-54-JBC

## IMPRISONMENT

FILED
US DISTRICT COURT CLERK
WESTERN DISTRICT OF KY

21 SEP -1 PM 2:00

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 36 months.

[X] The Court makes the following recommendations to the Bureau of Prisons:
That the defendant be placed in a half-way house to obtain additional living skills immediately upon her release from incarceration.

[X] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district:

    [ ] at      a.m. / p.m. on

    [ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:.

    [ ] before 2:00 p.m. on

    [ ] as notified by the United States Marshal.

    [ ] as notified by the Probation or Pretrial Services Office.

    [ ] The defendant shall continue under the terms and conditions of his/her present bond pending surrender to the institution.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _7-15-2021_ to _BCI Tallahassee_

at _Tallahassee, Florida_ , with a certified copy of this judgment.

_For: Erica Strong Warden_
~~UNITED STATES MARSHAL~~

By _Robinson CSO_
~~Deputy U.S. Marshal~~



Last Name
**LAWRENCE**
First Name
**JESSICA**
Middle Name     Suffix

Height     Weight
**5'04''**     **135**
Hair
**BLACK**     Eye
          **BROWN**
Regno     Facility
**52215-019**     **TAL**